UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SPLITROCK PROPERTIES, INC., a South Dakota corporation, | ) ) ) | CIV. 09-4075-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | JUDGMENT OF DISMISSAL |
| SPRINT COMMUNICATIONS COMPANY LIMITED PARTNERSHIP, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without costs and fees.

Dated September 13, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE